IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BRIAN C. REESE, | § | |
| | § | |
| Petitioner, | § | |
| V. | § | C.A. NO. C-05-452 |
| | § | |
| BUREAU OF PRISONS et al., | § | |
| | § | |
| Respondents. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation, the

Court hereby enters final judgment DENYING Petitioner's writ of habeas corpus pursuant to 28

U.S.C. § 2241.


It is ORDERED this 4th day of April, 2006.


Janis Graham Jack
United States District Judge